# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ISAIAH COOPER, *pro se,*

    Plaintiff,

v.                                      Case No: 8:13-cv-522-T-30TGW

ST. PETERSBURG POLICE
DEPARTMENT, MICHAEL BLETSCH
and BILLY HENDERSON,

    Defendants.
_____

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*. A review of the file indicates the Plaintiff has failed to pay the required filing fee. It is therefore

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 27th day of June, 2013.

                                                  JAMES S. MOODY, JR.
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2013\13-cv-522 dismissal.docx